# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HANOVER INSURANCE COMPANY, a New Hampshire State Corporation, , | Case No.: 09-CV-01926 (MJD/JJG) |
| Plaintiff, | |
| vs. | **ORDER FOR DEFAULT JUDGMENT** |
| FINAL TOUCH EXCAVATING, Inc. a Minnesota Corporation, JD NEUMANN PROPERTIES, LLC, a Minnesota Limited Liability Corporation, and JESSE D. NEUMANN, a Minnesota citizen, | |
| Defendants. | |

This matter having come before the Court for a hearing on Plaintiff's Motion for an Order for Default Judgment, and all parties having been heard, it is hereby

ORDERED:

1. Defendants shall pay Hanover the amount of $591,714.71 and are jointly and severally liable for the payment of this amount.

2. Defendants shall place with Hanover, by money, property, or liens or security interests in property, any additional amount as determined by Hanover as collateral security for its obligations under the Bonds;

3. Defendants are enjoined and restrained from selling, transferring, or disposing or liening their assets and property, and further enjoined and restrained from allowing their assets and property to be liened, unless and until Hanover shall receive the funds requested in paragraphs 1 and 2 above;

4. A lien is placed upon all assets and property, including, realty, personalty owned by Defendants and property in which Defendants have an interest. Such lien shall secure Hanover against any loss that it may sustain under the Bonds. Such lien shall remain in effect unless and until Hanover shall receive the funds requested above;

5. Defendants shall indemnify and exonerate Hanover for all liabilities, losses, and expenses incurred by Hanover as a result of Hanover having executed the Bonds; and

6. Defendants shall provide Hanover access to the Defendants books and records for inspection and copying by Hanover pursuant to the terms of the Indemnity Agreement.

LET JUDGMENT BE ENTERED

Dated: April 16, 2010

                                       s/ Michael J. Davis
                                       Honorable Michael J. Davis
                                       Chief U.S. District Judge, District of Minnesota